FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION UNDER 28 U.S.C. § 1343

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Jeffrey Paul Barnard
Vicki Lynn Barnard )
_____ )
[Enter above the full name of )
the plaintiff in this action] )
                              )
                              )
v.                            )        Docket no.
State of Maine                )
Maine State Police            )
City of Ellsworth             )
Ellsworth Police Department   )
Hancock County Sheriff        )
City of Bangor                )
Bangor Police Department      )
_____    )
[Enter above the full name of )
the defendant(s) in this action] )

I.    Previous Lawsuits

      A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes [ ]    No [ X ]

      B.    If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

            1. Parties to this previous lawsuit

                  Plaintiff(s)      N/A
                                    N/A
                  Defendant(s)      N/A
                                    N/A

            2. Court [If federal court, name the district; if state court, name the county]
                                    N/A

            3. Docket number        N/A

    4. Name of judge whom case was assigned ___N/A___

    5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] ___N/A___

    6. Approximate date of filing lawsuit ___N/A___

    7. Approximate date of outcome ___N/A___

II.   Place of present confinement ___Somerset County Jail, Madison, Maine___

    A. Is there a prisoner grievance procedure in this institution?
        Yes [ ]   No [ X ]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   ~~Yes[xx]xxxx~~ ~~No[xx]xxx~~ N/A

    C. If your answer is "Yes"

        1. What steps did you take? ___N/A___
        ___N/A___
        ___N/A___

        2. What was the result? ___N/A___
        ___N/A___
        ___N/A___

III.   Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff ___Jeffrey P. Barnard___
               ___Vicki L. Barnard___

    Address ___131 East Madison Road, Madison, Maine 04950___
           ___6 Estate Road Apt.#2, Cherryfield, Maine 04622___

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant ___State of Maine___
    Position ___Ms. Janett Mills___
           ___Attorney General___
    Address ___6 Stae House Station___
           ___Augusta, Maine 04333___

C. Additional Defendant's Maine State Police: 42 State House Station, Agust, Maine, 04333: Col. Robert Williams.
City of Ellsworth: 1 City Hall Plaza, Ellsworth, Maine 04605: Attn. City Manager: Ellsworth Police Department: 1 City Hall Plaza, Ellsworth, Maine 04605: Attn: Chief of Police: Hancock County Sheriff: 50 State Street Ste. #7 Ellsworth, Maine 04605: Attn.: Sheriff or County Manager

City of Bangor: 73 Harlow Street, Bangor, Maine 04401: Attn.: City Manager: Bangor Police Department: 240 Main Street, Bangor Maine, 04401: Attn.: Chief of Police...

***Please note there are seven defendants altogether***

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

On May 31, June 1, 2014 all defendants above, as well as plaintiff, were in a police **standoff** in the City of Ellsworth. This started off as a **civil** matter, but because of the police officer that was first on the scene. The situation became out of control. The responding office. Troy Bires, pulled out his gun, pointed it at this plaintiff's, without any provocation from above plaintiff's. He kept his gun pointed at head trying to intimidate me, yelling and screaming at me to give him the tractor key I had. I sowed this officer I was unarmed, Still he kept his gun pointed at my head. I was not threat to him.

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

The relief my wife and I are seeking at this time is twofold. #1. To make sure this officer is exposed, and his unjust actions brought to the publics attention, So he dose not do this again to another human being. I was shot in the face/head, because of this officer abuse of power, and then extreme excessive force was used to end this standoff. My wife and I, are also seeking compensation in the amount of **Ten Million Dollars.**

_JPB_
Signature of Plaintiff

Signed this __1__ day of __June__, 20_16_

I declare under penalty of perjury that the foregoing is true and correct.

__June 1, 2016__
Date

_JPB_
Signature of Plaintiff

***Please also see enclosed notary, for this document and proof*** of service. Notarization done May 31, 2016, Proof of Service dated June 1, 2016: JPB _JB_

## NOTARY OF PUBLIC

Executed in the State of Maine this 31 Day of May 2016; under oath, by Jeffrey P. Barnard.

Signature of Jeffry Barnard

Before me appears Jeffrey P. Barnard, and made under oath, that the above attached document/s and or correspondence, and the statements therein, is true and correct to the best of his knowledge, on personal belief, unless otherwise stated, and as to matters stated on information and belief, he believes them to be true and correct.

[
[
[   Seal
[
[

Laura T. Lapointe
Notary Public, Maine
My Commission Expires: April 10, 2022

Notary of Public Signature

4 / 10 / 22
Commision Exp. Date

## DECLARATION OF VERIFICATION
## PROOF OF SERVICE

The declarant, Jeffrey P. Barnard, dose solemnly swear under penalty of perjury that the above attached document/s and or correspondence were deposited into a institutional and or United States..., U.S. Mail Box on date that is indicated below.

Signature of: Jeffrey P. Barnard

6 / 1 / 2015
Dated by: J.P.B.