## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **JEFFREY PAUL BARNARD,** *Plaintiff* <br><br> v. <br><br> **TROY BIRES,** *Defendant* | **CASE NO. 1:16-cv-00276-LEW** |

## STIPULATION OF DISMISSAL

NOW COME the above-named parties, by and through undersigned counsel, and hereby stipulate that this action is dismissed, with prejudice and without costs to any party.

Dated: June 25, 2021
/s/ Michael E. Carey
Michael E. Carey
Peter J. Brann

*Attorney for Plaintiff Jeffrey Paul Barnard*
Brann & Isaacson
184 Main Street, 4th Floor
Lewiston, ME  04243-3070
(207) 786-3566
mcarey@brannlaw.com
pbrann@brannlaw.com

Dated: June 21, 2021
/s/ Edward R. Benjamin, Jr.
Edward R. Benjamin, Jr.
Kasia S. Park

*Attorneys for Defendant Troy Bires*
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941
ebenjamin@dwmlaw.com
kpark@dwmlaw.com